**Order entered February 18, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00600-CV**

**IN RE DAVID REISS AND SPY GAMES, LLC, Relators**

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02498**

**ORDER**

Before Justices Molberg, Reichek, and Smith

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We also **GRANT** relators' motion to strike, and we accordingly **STRIKE** real party in interest's February 7, 2022 sur-reply.

/s/     AMANDA L. REICHEK
JUSTICE